IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| AMBER BIZIKO,                                    ) | |
| ) | |
| Plaintiff,                                               ) | |
| ) | |
| v.                                                           ) | |
| ) | |
| STEVEN VAN HORNE, *et al.*,        ) | |
| ) | |
| Defendants.                                         ) | Civil Action No. 1:16-CV-111-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Plaintiff's Motion for Partial Summary Judgment should be granted in part and denied in part. The Magistrate Judge has further advised that Defendants' Motion for Partial Summary Judgment be denied. The Parties have failed to file objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motion for Partial Summary Judgment is hereby **GRANTED IN PART** and **DENIED IN PART**. Defendants' Motion for Partial Summary Judgment is **DENIED**.

SO ORDERED this 4th day of September, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE