IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| AMBER BIZIKO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| STEVEN VAN HORNE, *et al.*, | ) ) ) |
| Defendants. | ) Civil Action No. 1:16-CV-111-C |

## ORDER

The Court, having considered Plaintiff's Supplemental Motion for Attorneys' Fees, filed December 14, 2020, is of the opinion that the same should be **DENIED** subject to being refiled with the United States Court of Appeals for the Fifth Circuit simply because the fees being sought relate to the appellate portion of this case.

SO ORDERED this 28th day of December, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE